UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHANE E. HAUSCHILD,

        Plaintiff,

    v.

NATIONAL FINANCIAL SYSTEMS, INC.,

        Defendant.

NO. 2:09-cv-0104 FCD GGH

<u>REFERRAL ORDER</u>

----oo0oo----

Pursuant to Eastern District Local Rule 72-302(a), the undersigned hereby specifically refers the instant case to the magistrate judge, for the limited purpose of review and approval/disapproval of the IFP application filed on January 13, 2009.

IT IS SO ORDERED.

DATED: January 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE