IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANE E. HAUSCHILD,

      Plaintiff,

   vs.                                  No. CIV S- 09-0104 FCD GGH

NATIONAL FINANCIAL SYSTEMS, INC.,

      Defendant.                    ORDER

_____/

        Plaintiff, proceeding in this action with counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by the district court's order of January 14, 2009, for the limited purpose of reviewing the application to proceed in forma pauperis.

        Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

1     Good cause appearing, IT IS ORDERED that plaintiff's request for leave to
2 proceed in forma pauperis is granted.

3 DATED: January 26, 2009         /s/ Gregory G. Hollows

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE

GGH:076/Hauschild.ifp.ref