IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANE E. HAUSCHILD,

     Plaintiff,                           No. CIV S-09-0104 FCD GGH

vs.

NATIONAL FINANCIAL SYSTEMS, INC.,

     Defendant.                         ORDER

_____/

        On May 29, 2009, this court denied plaintiff's motion for default judgment without prejudice to its renewal on a showing of evidentiary support and legal authority for specified amounts of statutory and actual damages, fees and costs, and a specific and narrowly tailored request for injunctive relief. On August 25, 2009, plaintiff filed a renewed second amended request for default judgment, and noticed it for hearing on September 17, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 78-230(h).

/////

/////

1

Accordingly, IT IS ORDERED that:

1. The September 17, 2009 hearing on the second amended motion for default judgment, filed August 25, 2009, is vacated; and

2. The motion is submitted on the record.

DATED: September 10, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Hauschild0104.vac2.wpd